IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| NEIL WALKER, #095197 ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:10-cv-124-TMH |
| ) | WO |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on February 26, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on February 22, 2010 is adopted;

3. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Walker on February 14, 2010 is DENIED.

4. This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244 (b)(3)(A), as Walker has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this the 12th day of March, 2010.

/s/ Truman M. Hobbs
———————————————
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE